UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:                                                    Chapter 11

Archdiocese of Milwaukee,                                 Case No. 11−20059−svk
           Debtor.
Archdiocese of Milwaukee Catholic Cemetery Perpetual Care    All documents regarding this matter must be identified by both
Trust, on behalf of itself and its beneficiaries,           adversary and bankruptcy case numbers.
           Plaintiff,

     v.                                                  Adversary No. 11−02459−svk

Official Committee of Unsecured Creditors,
           Defendant.

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

    YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of the issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. At the same time, you must also serve a copy of the motion or answer upon the attorney for the Plaintiff. If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

| *Clerk, United States Bankruptcy Court* | *Name and Address of Attorney for the Plaintiff* |
|---|---|
| United States Courthouse, Room 126 | Timothy F. Nixon |
| 517 East Wisconsin Avenue | Godfrey &Kahn, S.C. |
| Milwaukee, WI 53207 | 780 North Water Street |
| | Milwaukee, WI 53202 |

    YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the complaint will be held at the following time and place.

| |
|---|
| Date: August 10, 2011 |
| Time: 10:30 AM(CST) |
| Place: Telephone conference to be initiated by the Court. |

    **IF YOU FAIL TO RESPOND TO THE SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: June 28, 2011                                **JANET L. MEDLOCK**
                                          Clerk of Court



UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:                                              Chapter  11

Archdiocese of Milwaukee,                           Case No. 11−20059−svk
                    Debtor.
Archdiocese of Milwaukee Catholic Cemetery Perpetual Care    All documents regarding this matter must be identified by both
Trust, on behalf of itself and its beneficiaries,           adversary and bankruptcy case numbers.
                    Plaintiff,
        v.                                          Adversary No. 11−02459−svk

Official Committee of Unsecured Creditors,
                    Defendant.


**CERTIFICATE OF SERVICE REGARDING SUMMONS IN AN ADVERSARY PROCEEDING**

I, _____ (name), certify that I am, and at all times during the service of
process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.
I further certify that the service of this summons and a copy of the complaint was made on
_____ (date) by one of the following methods:

☐  *Mail Service:* Regular, first class United States mail, and postage fully prepaid. *(List names/addresses below.)*

☐  *Personal Service*: By leaving the process with defendant or with an officer or agent of defendant. *(List
    names/addresses below.)*

☐  *Residence Service:* By leaving the process with an adult. *(List names/addresses below.)*

☐  *Certified Mail Service on an Insured Depository Institution:* By sending the process by certified mail addressed
    to the following officer of the defendant. *(List names/addresses below.)*

☐  *Publication*: The defendant was served as described in the space below.

☐  *State Law:* The defendant was served pursuant to the laws of the State of _____ (U. S. state), as
    described in the space below.

   *LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEFENDANT WAS SERVED:*




*Under penalty of perjury, I declare that the foregoing is true and correct.*

_____          _____          _____
Signature                             Date                                  Business Address


_____                                                        _____
Printed Name                                                                Business City, State, and Zip