THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 26, 2011

Honorable Susan V. Kelley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARCHDIOCESE OF MILWAUKEE, | ) | Case No. 11-20059-SVK |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | | ADV. Case No. 11-2459-SVK |

ARCHDIOCESE OF MILWAUKEE
CATHOLIC CEMETERY PERPETUAL CARE TRUST,
ON BEHALF OF ITSELF AND ITS BENEFICIARIES,

PLAINTIFF

V.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

DEFENDANT

**ORDER EXTENDING ANSWER DEADLINE**

Albert Solochek (State Bar No. 1011075)
Jason R. Pilmaier (State Bar No. 1070638)
HOWARD, SOLOCHEK & WEBER, S.C.
324 E. Wisconsin Ave., Suite 1100
Milwaukee, WI  53202
Telephone:  (414) 272-0760
Facsimile:  (414) 272-7265
E-mail:    asolochek@hswmke.com
          jpilmaier@hswmke.com

This matter having come before the Court on the Stipulated Motion for Extension of Answer Deadline filed by the parties to the above-referenced adversary proceedings,

IT IS HEREBY ORDERED:

The Defendant's deadline to file its responsive pleading to the Complaint is extended to 10 days after the Court has ruled and entered an order in regard to the Authority Motion or Stipulation between the Debtor and the Committee with regard to authority to bring certain avoidance claims.

#####