UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>Archdiocese of Milwaukee,<br>        Debtor. | Chapter 11<br>Case No. 11-20059-svk |
| Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust on behalf of itself and its beneficiaries,<br>        Plaintiff,<br>v.<br>Official Committee of Unsecured Creditors,<br>        Defendant. | Adversary No. 11-2459 |
| Official Committee of Unsecured Creditors,<br>        Counterclaimant,<br>v.<br>Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust; and Archbishop Jerome E. Listecki, Archbishop of the Archdiocese of Milwaukee, in his capacity as sole Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust,<br>        Counterdefendants. | |

## NOTICE OF PRETRIAL CONFERENCE

PLEASE TAKE NOTICE that a pretrial conference will be held before the Honorable Susan V. Kelley, U.S. Bankruptcy Judge, on **October 18, 2011 at 1:00 p.m.** The court will initiate the conference call, usually within 30 minutes of the scheduled hearing time.

PLEASE TAKE FURTHER NOTICE **that you must contact the court (414-290-2660) before the scheduled hearing date to provide the name and telephone number of the person who will participate in the hearing.**

Should any party have a conflict with the scheduled date and time for this hearing, **that party should contact the court (414-290-2660), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.**

Dated: September 14, 2011

                                                        By the Court:

                                                        */s/ Susan Kelley*
                                                        Susan V. Kelley
                                                        U.S. Bankruptcy Judge