IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: October 04, 2011



_____
Honorable James E. Shapiro
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re

    Archdiocese of Milwaukee,　　　　　　　Bankruptcy Case No. 11-20059-SVK

    Debtor.

Archdiocese of Milwaukee Catholic
Cemetery Perpetual Care Trust, on behalf of
itself and its beneficiaries　　　　　　　　Adv. Proc. No. 11-02459-SVK

    Plaintiff,

v.

Official Committee of Unsecured Creditors,

    Defendant.

## ORDER EXTENDING ANSWER DEADLINE

This matter coming before the court on the *Motion for Extension of Answer Deadline* filed by the Plaintiff in this adversary proceeding,

IT IS HEREBY ORDERED:

The Plaintiff's deadline to file its responsive pleading to the Counterclaims is extended to October 14, 2011.

####

Drafted by:
Timothy F. Nixon
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Phone:　　414-273-3500
Fax:　　　414-273-5198
Email:　　tnixon@gklaw.com