IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |

| | |
|---|---|
| Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust on behalf of itself and its beneficiaries, | Adv. Proc. No. 11-02459-SVK |
| Plaintiff, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant. | |

| | |
|---|---|
| Official Committee of Unsecured Creditors, | |
| Counterclaimant, | |
| vs. | |
| Archdiocese of Milwaukee Catholic Perpetual Care Trust; and Archbishop Jerome E. Listecki, Archbishop of the Archdiocese of Milwaukee, in his capacity as sole Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | |
| Counterdefendants. | |

**JOINT MOTION TO JOIN AS COUNTERDEFENDANT ARCHBISHOP LISTECKI, IN HIS CAPACITY AS SOLE TRUSTEE OF THE ARCHDIOCESE OF MILWAUKEE CATHOLIC CEMETERY PERPETUAL CARE TRUST**

The Official Committee of Unsecured Creditors in the above-captioned bankruptcy

case (the "Committee"), the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care

Trust ("Trust") and Archbishop Jerome E. Listecki, Archbishop of the Archdiocese of

Milwaukee, in his capacity as sole Trustee of the Archdiocese of Milwaukee Catholic

1

Cemetery Perpetual Care Trust and not as an individual, ("Archbishop Listecki")[1],

(collectively, the "Movants")  hereby jointly move the Court pursuant to Federal Rules of

Civil Procedure 13, 19 and 20 and Federal Rules of Bankruptcy Procedure 7013, 7019 and

7020, and such other applicable rules, to join Archbishop Listecki, in his capacity as sole

Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust and not as

an individual, as a counterdefendant in this adversary proceeding.  In support of this joint

motion, the parties state as follows:

1.      This Court has jurisdiction over the instant adversary proceeding,

including the Counterclaims, pursuant to 28 U.S.C. §§ 157(b)(1) and 1334; 11 U.S.C. § 105;

and Federal Rules of Bankruptcy Procedure 7001.

2.      Venue in this judicial district is appropriate pursuant to 28 U.S.C.

§ 1409.

3.      This adversary proceeding, including the Counterclaims, constitutes a

core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.      On or about January 24, 2011, the United States Trustee appointed

Defendant/Counterclaimant, the Committee, to represent the Debtor's unsecured creditors

pursuant to 11 U.S.C. § 1102(a)(1).

5.      On June 28, 2011, the Trust filed its *Complaint* (the "Complaint"),

seeking declaratory relief that that the Trust is not property of the bankruptcy estate of the

---

[1] Archbishop Listecki is trustee by virtue of his position as Archbishop.  Should a new archbishop be named
during this litigation, the movants agree that the new archbishop be substituted as a party for Archbishop
Listecki in the same capacity and not as an individual.

DOCS_LA:245402.2 05058-003

Archdiocese of Milwaukee ("Debtor" or "AOM")  and that the funds in the Trust are not property of the Debtor's estate.  The Committee is the only defendant named in this adversary proceeding.

6. The Committee has standing to bring its Counterclaims pursuant to the *Order Approving Stipulation Regarding the Official Committee of Unsecured Creditors' Standing to Defend the Adversary Proceeding, Bring Avoidance Claims Related to the Adversary Complaint, and Litigate and Propose or Accept a Settlement of the Adversary Proceeding, or Part Thereof*, entered September 2, 2011 [Docket No. 12].

7. The Movants agree that the Committee timely filed its Answer and Affirmative Defenses; and Counterclaims.  The Movants also agree that Archbishop Listecki in his capacity as sole trustee of the Trust and not as an individual, is a proper third party.[2]

8. The Movants agree that Archbishop Listecki will have thirty (30) days from the issuance of the summons naming him as a party to file an answer to the Committee's Counterclaims.

9. It is acknowledged and agreed that Attorney Timothy Nixon hereby appears and accepts service of all pleadings in this adversary proceeding on behalf of Archbishop Listecki.

---

[2]  The Committee respectfully believes that it was permitted under Federal Rule of Civil Procedure 14(a)(1), made applicable in this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7014, to serve Archbishop Listecki with a summons and complaint containing the Counterclaims without first filing a motion because the Counterclaims were not filed more than 14 days after the Committee filed its original answer to the Complaint.  *See* Fed. R. Civ. P. 14(a)(1).  Indeed, the Counterclaims were filed as part of the same document as the answer to the Complaint. By filing this Motion, the Movants do not waive their claims or rights to other Rules and procedures which may be applicable.

DOCS_LA:245402.2 05058-003

WHEREFORE, the Committee prays for an Order joining Archbishop Listecki as a Counterdefendant to the above-captioned adversary proceeding, and for such other and further relief as the Court may deem just and proper.

Dated:    October 11, 2011

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP


By    */s/*
<u>                                    </u>
        James I. Stang (CA Bar No. 94435)
        Kenneth H. Brown (CA Bar No. 100396)
        Gillian N. Brown (CA Bar No. 205132)
        Pachulski Stang Ziehl & Jones LLP
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA  90067
        Telephone:  (310) 277-6910
        Facsimile:   (310) 201-0760
        E-mail:  jstang@pszjlaw.com
                    kbrown@pszjlaw.com
                    gbrown@pszjlaw.com

        -and-

        Albert Solochek (State Bar No. 1011075)
        Jason R. Pilmaier (State Bar No. 1070638)
        Howard, Solochek & Weber, S.C.
        324 E. Wisconsin Ave., Suite 1100
        Milwaukee, WI  53202
        Telephone:  (414) 272-0760
        Facsimile:  (414) 272-7265
        E-mail:  asolochek@hswmke.com
                    jpilmaier@hswmke.com

        Attorneys for the Official Committee of
        Unsecured Creditors

4

Dated:    October 11, 2011                    GODFREY & KAHN, S.C.

                                              By:__/s/_____
                                              Timothy F. Nixon
                                              William E. Duffin
                                              780 North Water Street
                                              Milwaukee, WI 53202-3590
                                              Phone: 414-273-3500
                                              Fax: 414-273-5198
                                              Email: tnixon@gklaw.com
                                              weduffin@gklaw.com

                                              Attorneys for the Archdiocese of
                                              Milwaukee Catholic Cemetery Perpetual
                                              Care Trust,

                                              and

                                              Attorneys for Archbishop Jerome E.
                                              Listecki, Archbishop of the Archdiocese
                                              of Milwaukee, in his capacity as sole
                                              Trustee of the Archdiocese of Milwaukee
                                              Catholic Cemetery Perpetual Care Trust

DOCS_LA:245402.2 05058-003