UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re  
Archdiocese of Milwaukee,  
  Debtor.

Chapter 11  
Case No. 11-20059-svk

---

Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, on behalf of itself and its beneficiaries,  
  Plaintiff,  
v.  

Official Committee of Unsecured Creditors,  
  Defendant.

Adv. No. 11-02459

---

Official Committee of Unsecured Creditors,  
  Counterclaimant,  
v.  

Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust; and Archbishop Jerome E. Listecki, Archbishop of the Archdiocese of Milwaukee, in his capacity as sole Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust,  
  Counterdefendants.

---

Appearances and Summary of Disposition  
Honorable Susan V. Kelley, Presiding

---

Date: October 31, 2011

Start Time: 3:04:22 p.m.

End Time: 3:15:41 p.m.

Proceeding: Telephonic Preliminary Pretrial Conference

Courtroom Deputy: Laura D. Steele

Court Reporter:  Courtsmart

Appearances:  Timothy Nixon and William Duffin for Archdiocese of Milwaukee Catholic
Cemetery Perpetual Care Trust and Archbishop Jerome E. Listecki
Kenneth Brown, Gillian Brown and Albert Solochek for the Official
Committee of Unsecured Creditors
Daryl Diesing for the Debtor in Possession

---

After acknowledging the agreements reached in the parties' Joint Pretrial Report, the Court scheduled a Status Conference for January 4, 2012 at 11:00 a.m. The Court will establish a conference line in advance of the Status Conference.

The parties advised the Court that they will file a stipulation that 1) consents to this Court's jurisdiction to enter final judgment in view of *Stern v. Marshall,* 131 S.Ct. 2594 (2011); and 2) subjects the Debtor to discovery as a party and permits the Debtor to file appropriate papers in this matter even though the Debtor is not a party to this adversary proceeding.

An audio recording of the hearing is available on the docket.