THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 18, 2011



Honorable Susan V. Kelley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| In re: | Chapter 11 |
|---|---|
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |
| Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust on behalf of itself and its beneficiaries, | Adv. Proc. No. 11-02459-SVK |
| Plaintiff, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant. | |
| Official Committee of Unsecured Creditors, | |
| Counterclaimant, | |
| vs. | |
| Archdiocese of Milwaukee Catholic Perpetual Care Trust; and Archbishop Jerome E. Listecki, Archbishop of the Archdiocese of Milwaukee, in his capacity as sole Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | |
| Counterdefendants. | |

1

## ORDER APPROVING STIPULATION CONSENTING TO ISSUANCE OF FINAL ORDER BY BANKRUPTCY COURT AND ALLOWING PARTY DISCOVERY TO BE TAKEN OF THE DEBTOR

After due consideration of the Official Committee of Unsecured Creditors, the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, Archbishop Jerome E. Listecki, in his capacity as sole Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, and the Debtor's Stipulation Consenting to Issuance of Final Order by Bankruptcy Court and Allowing Party Discovery to be Taken of the Debtor (the "Stipulation"),

IT IS HEREBY ORDERED that the Stipulation is APPROVED.

#####