UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re  |  Chapter 11
Archdiocese of Milwaukee,  |  Case No.11-20059-svk
    Debtor.

---

Archdiocese of Milwaukee Catholic Cemetery
Perpetual Care Trust, on behalf of itself
and its beneficiaries,
    Plaintiff,
v.     Adv. Case No. 11-2459

Official Committee of Unsecured Creditors,
    Defendant.

---

Official Committee of Unsecured Creditors.
    Counterclaimant,
v.

Archdiocese of Milwaukee Catholic Cemetery
Perpetual Care Trust; and Archbishop Jerome E.
Listecki, Archbishop of the Archdiocese of
Milwaukee, in his capacity as sole Trustee of the
Archdiocese of Milwaukee Catholic
Cemetery Perpetual Care Trust,
    Counterdefendants.

---

Appearances and Summary of Disposition
Honorable Susan V. Kelley, Presiding

---

Date: January 4, 2012

Start Time: 11:13:33 a.m.

End Time: 11:58:46 a.m.

Proceeding: Status Conference

Courtroom Deputy: Melissa S. Blair

Court Reporter: Courtsmart

Appearances: Timothy Nixon, William Duffin, and Matthew Wuest for the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust and Archbishop Jerome E. Listecki in his capacity as Trustee
Kenneth Brown, Gillian Brown, and Albert Solochek for the Official Committee of Unsecured Creditors
Daryl Diesing and Francis LoCoco for the Debtor

The Court considered argument from counsel on the proposed Scheduling Order and additional scheduling requests made via telephone following the hearing. The following deadlines will apply:

- January 13, 2012: The Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust (the "Plaintiff") is to file any Amended Complaint.
- January 27, 2012: To the extent not set forth in the Amended Complaint, the Plaintiff is to disclose the legal theories underlying the allegations in the Amended Complaint.
- January 27, 2012: The Debtor and the Plaintiff are to submit all outstanding discovery responses owed to the Official Committee of Unsecured Creditors (the "Committee"). This deadline applies only to outstanding discovery responses that relate to "Scenario 1" as described by Attorney Diesing, i.e., the detailed, voluminous records related to each individual contract for purchase of a burial plot or crypt need not be produced at this time.
- January 27, 2012: The Debtor will propose a Statement of Undisputed Facts that references documents and identifies witnesses.
- February 10, 2012: The Committee is to answer or otherwise plead to the Amended Complaint.
- On or before February 16, 2012, the parties will attempt to stipulate to a deadline for the Plaintiff and the Committee to provide a Response to the Proposed Statement of Undisputed Facts and a written statement as to additional discovery requested. If the parties stipulate to a deadline, they should contact the Court to obtain a date and time for an adjourned telephonic status conference. If they are unable to stipulate, they should contact the Court to obtain a date and time for a hearing on this issue.

Counsel for the Debtor will submit an Order. An audio recording of the hearing is available on the docket.