UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re  
Archdiocese of Milwaukee,  
        Debtor.

Chapter 11  
Case No.11-20059-svk

---

Archdiocese of Milwaukee Catholic Cemetery  
Perpetual Care Trust, on behalf of itself  
and its beneficiaries,  
        Plaintiff,  
v.                                         Adv. Case No. 11-2459

Official Committee of Unsecured Creditors,  
        Defendant.

---

Official Committee of Unsecured Creditors.  
        Counterclaimant,  
v.

Archdiocese of Milwaukee Catholic Cemetery  
Perpetual Care Trust; and Archbishop Jerome E.  
Listecki, Archbishop of the Archdiocese of  
Milwaukee, in his capacity as sole Trustee of the  
Archdiocese of Milwaukee Catholic  
Cemetery Perpetual Care Trust,  
        Counterdefendants.

---

Appearances and Summary of Disposition  
Honorable Susan V. Kelley, Presiding

---

Date: April 24, 2012

Start Time: 12:01:18 p.m.

End Time: 12:46:21 p.m.

Proceeding: Telephonic Status Conference

Courtroom Deputy: Melissa S. Blair

| | |
|---|---|
| Court Reporter: | Courtsmart |
| Appearances: | Timothy Nixon, William Duffin, and Matthew Wuest for the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust and Archbishop Jerome E. Listecki in his capacity as Trustee |
| | Kenneth Brown, Gillian Brown, and Albert Solochek for the Official Committee of Unsecured Creditors |
| | Daryl Diesing and Francis LoCoco for the Debtor |
| | David Asbach for the U.S. Trustee |

The Court held a telephonic status conference to confirm that this case is proceeding timely and efficiently. The Trust will file a Reply to the Amended Counterclaim on or before May 2, 2012. The Committee anticipates that on or before May 24, 2012, it will complete reviewing the provided discovery and will be providing its counterproposal of stipulated facts. The Committee anticipates that it shortly will be filing its Motion for Summary Judgment on the RFRA and 1st Amendment claims.

The parties will be discussing entering into a Stipulation providing that the Court may enter Proposed Findings of Fact and Conclusions of Law on the potentially non-core matters first addressed in the amended pleadings that were not covered by the previous Stipulation and Order.

The parties have begun to discuss entering into a global mediation process, and the Court will be considering whether mandating this process is appropriate at this time.

The parties should not hesitate to contact the Court should any issues arise necessitating a hearing or an additional status conference.

An audio recording of the hearing is available on the docket.