UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re                                          Chapter 11
Archdiocese of Milwaukee,                      Case No.11-20059-svk
                    Debtor.

Archdiocese of Milwaukee Catholic Cemetery
Perpetual Care Trust, on behalf of itself
and its beneficiaries,
                              Plaintiff,
v.                                             Adv. Case No. 11-2459

Official Committee of Unsecured Creditors,
                              Defendant.

Official Committee of Unsecured Creditors.
                              Counterclaimant,
v.

Archdiocese of Milwaukee Catholic Cemetery
Perpetual Care Trust; and Archbishop Jerome E.
Listecki, Archbishop of the Archdiocese of
Milwaukee, in his capacity as sole Trustee of the
Archdiocese of Milwaukee Catholic
Cemetery Perpetual Care Trust,
                              Counterdefendants.

Appearances and Summary of Disposition
Honorable Susan V. Kelley, Presiding

Date: January 11, 2013

Start Time: 1:01:39 p.m.

End Time: 2:46:57 p.m.

Proceeding:  Official Committee of Unsecured Creditors' Motion for Summary
             Judgment on Count III of Amended Complaint

Courtroom Deputy:  Jodie Primus

| | |
|---|---|
| Court Reporter: | Courtsmart |
| Appearances: | Brady Williamson, Linda Schmidt and Timothy Nixon for the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust and Archbishop Jerome E. Listecki in his capacity as Trustee<br>Marci Hamilton and Albert Solochek for the Official Committee of Unsecured Creditors<br>Daryl Diesing for the Debtor |

After considering the argument of counsel, the Court granted the Committee's Motion for Summary Judgment on Count III of the Complaint and the applicability of certain defenses.  The Court will issue a written decision at a later date.

An audio recording of the hearing is available on the docket.