THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 17, 2013



Honorable Susan V. Kelley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| In re<br>Archdiocese of Milwaukee,<br><br>          Debtor. | Case No. 11-20059-svk<br>Chapter 11 |

---

Archbishop Jerome E. Listecki, as Trustee of the
Archdiocese of Milwaukee Catholic Cemetery
Perpetual Care Trust,

          Plaintiff,

v.                                                                                     Adv. Proc. No. 11-02459

Official Committee of Unsecured Creditors,

          Defendant.

---

Official Committee of Unsecured Creditors,

          Counterclaimant,

v.

Archbishop Jerome E. Listecki, as Trustee of the
Archdiocese of Milwaukee Catholic
Cemetery Perpetual Care Trust,

              Counterdefendant.
_____

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**
_____

      For the reasons stated in the Decision filed on January 17, 2013,

      IT IS THEREFORE ORDERED: the Motion of the Official Committee of Unsecured Creditors for Summary Judgment on Count III of the Amended Complaint and the Committee's related Seventeenth, Twentieth and Twenty-Second affirmative defenses is granted.

                                       ####